IN THE SUPREME COURT OF THE STATE OF NEVADA

KK REAL ESTATE INVESTMENT
FUND, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Appellant,
vs.
DEUTSCHE BANK TRUST COMPANY;
AND WESTERN PROGRESSIVE-
NEVADA, INC., A DELAWARE
CORPORATION REGISTERED WITH
THE NEVADA SECRETARY OF STATE,
Respondents.

No. 78585

FILED

MAY 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order granting summary judgment and denying leave to amend a complaint in an action to quiet title. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.[1]

Having considered the parties' arguments and the record, we are not persuaded that the district court abused its discretion in denying appellant's request for leave to amend its complaint. *See Allum v. Valley Bank of Nev.*, 109 Nev. 280, 287, 849 P.2d 297, 302 (1993) (reviewing a district court's denial of leave to amend for an abuse of discretion). In particular, the district court observed that appellant could obtain the

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

20-18625

outstanding balance of the loan securing respondent Deutsche Bank's deed of trust outside the confines of this litigation, and respondents acknowledge on appeal that appellant is statutorily entitled to that information. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                              Silver


cc:     Hon. Kerry Louise Earley, District Judge
        Hong & Hong
        Wright, Finlay & Zak, LLP/Las Vegas
        Gerrard Cox Larsen
        Eighth District Court Clerk